UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 11-10331-RGK (SPx) | Date | February 24, 2012 |
|---|---|---|---|

| Title | TERRON JACKSON v. MIDLAND CREDIT MANAGEMENT, INC., et al. |
|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     (IN CHAMBERS)  Order to Show Cause


     The court, on its own motion, orders defendant(s) to show cause **in writing** on or before **March 1, 2012** why the answer filed February 23, 2012 should not be stricken as untimely.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order To Show Cause will stand submitted upon the filing of defendant's response.