# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Terron Jackson,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Midland Credit Management, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:11-cv-10331-RGK-SP<br><br>**STIPULATION OF DISMISSAL** |

　　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: April 19, 2012　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　　　Judge: